UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Order of Continuance** |
| v. | 24 Mag. 1686 |
| ISIS NAVARRO REYES, | |
| Defendant. | |

Upon the application of the United States of America and the affirmation of Brandon C. Thompson, Assistant United States Attorney for the Southern District of New York, it is found that the defendant was charged with violations of 21 U.S.C. §§ 353(b); 331(a); 331(c); 331(k) and 18 U.S.C. §§ 371; 545, in a complaint dated April 29, 2024, and was arrested on May 1, 2024;

It is further found that the defendant was presented before Magistrate Judge Barbara Moses in this District on May 1, 2024, and was ordered released on bail with certain conditions;

It is further found that on June 5, 2024, the Honorable Jennifer E. Willis entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until June 30, 2024;

It is further found that on July 1, 2024, the Honorable Katharine H. Parker entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until July 30, 2024;

It is further found that on July 30, 2024, the Honorable Gary Stein entered an Order of Continuance, pursuant to Rule 5.1(d) and 18 U.S.C. § 3161(h)(7)(A), extending the time within

which a preliminary hearing would have to be conducted or an indictment or information would have to be filed in this case until August 29, 2024;

It is further found that Clay Kaminsky, Esq., counsel for defendant, and Assistant United States Attorney Brandon C. Thompson have been engaged in, and are continuing, discussions concerning a possible disposition of this case;

It is further found that the Government has requested a continuance of 30 days to engage in further discussions with counsel about the disposition of this case and that the defendant, through counsel, has consented that such a continuance may be granted for that purpose, specifically consenting to an extension of the deadlines under Rule 5.1 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(b) for an additional 30 days; and

It is further found that the granting of such a continuance is for good cause shown and best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial; and therefore it is

ORDERED that the request for a continuance pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3161(h)(7)(A) is hereby granted until September 28, 2024, and that a copy of this Order and the affirmation of Assistant United States Attorney Brandon C. Thompson be served on counsel for the defendant by the United States Attorney's Office.

Dated: New York, New York
     August 29, 2024

_____
UNITED STATES MAGISTRATE JUDGE