# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director and
Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 22, 2025

**BY EMAIL**
Honorable Henry J. Ricardo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Request granted.
So Ordered.

_____
Robert W. Lehrburger, USMJ
May 22, 2025

Re: **United States v. Isis Navarro Reyes,**
    **24 Mag. 1686 (UA)**

Dear Judge Ricardo:

    I write to request that the Court temporarily modify Ms. Reyes' bail conditions to allow her to make a short trip to the District of Maryland for her niece's graduation. Ms. Reyes proposes to leave New York on or about Friday, June 6 and to return on or about Sunday, June 8, 2025. She proposes to stay with her sister at an address to be provided to Pretrial Services before her departure.

    Ms. Navarro Reyes is in compliance with all conditions of her bail. Pretrial Services has no objection to the proposed travel, and the government defers to Pretrial Services.

Respectfully submitted,
/s/
_____
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749 / (646) 842-2622
clay_kaminsky@fd.org

CC: AUSA Brandon Thompson
      USPSOs Lanique Rhyne and Mallori Brady